Attorney(s)

Index # **17-cv-4130(LDW)(AYS)**
Purchased/Filed: July 13, 2017
State of New York
Court: U. S. District
County: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Tianjin Port Free Trade Zone International Trade Service Co., LTD.

against

Tiancheng Chempharm Inc. USA

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 55 yrs
Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White
Hair color: Brown   Other: ___

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 19, 2017, at 12:02 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in a Civil Action & Petition to Confirm Arbitration Award

on

**Tiancheng Chempharm Inc. USA**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

19th day of July 2017

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

Invoice·Work Order # 1717190
Attorney File # **Tianjin Port Free Trade**